UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHERI NICOLE HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>DR. JASON ERIC GARBER, et al.,<br><br>Defendants. | Case No. 2:24-cv-01141-JAD-EJY<br><br>**ORDER** |

    Pending before the Court is the Motion to Amend Complaint and Extend Time for Service. ECF Nos. 17, 18. Under Local Rule 15-1(a), Plaintiff fails to attach the proposed amended complaint. Thus, the Motion is denied. Further, Plaintiff has sought no summons and evidences no effort to serve any Defendant.

    Accordingly, IT IS HEREBY ORDERED that the Motion to Amend Complaint and Extend Time for Service (ECF Nos. 17, 18) are DENIED.

    Dated this 19th day of November, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE